HOPPNER LAW OFFICE
330 Wendell Street, Suite F
Fairbanks, AK 99701
Tel: (907) 452-2492
Fax: (907) 452-4020

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

| | |
|---|---|
| Ben T. Currin | ) |
|     Plaintiff, | ) |
| vs. | ) |
| Hugh G. Deery III, James C. Bryant, & Nicholas M. Morelli, | ) |
|     Defendants, | ) Case No. 3AN-18-11077 CI<br>) ABA No. 9306017 |

## COMPLAINT

COMES NOW the Plaintiff Ben T. Currin, by and through his attorney, Theodore D. Hoppner of HOPPNER LAW OFFICE, and for his complaint against the Defendants, Hugh G. Deery III, James C. Bryant, and Nicholas M. Morelli, alleges and states as follows:

1. On or about January 22, 2017, Plaintiff Ben T. Currin was a passenger in 2001 Toyota Tacoma driven by Hugh G. Deery III traveling Northbound on the Seward Highway when they struck an unoccupied parked US forest service vehicle as well

0901119ca2f6b9d4
USAA Confidential

as another vehicle parked along the side of the road which caused the Toyota Tacoma to spin into the highway where it was then struck by two other vehicles driven by James C. Bryant, and Nicholas M. Morelli, causing personal injury to Mr. Currin.

2. Plaintiff's claim against Defendant Hugh G. Deery is an intra-family lawsuit claim and Defendant Hugh G. Deery III is simply a nominal Defendant. Pursuant to <u>Myers v. Robertson</u>, 891 P.2d 199, 208 (Alaska 1995), Allstate Insurance Company is the real party in interest.

3. The multicar accident occurred due to the negligence of Defendants Hugh G. Deery III, James C. Bryant, and Nicholas M. Morelli, which negligence includes, but is not limited to, their failure to exercise due care in the operation of their motor vehicles.

4. As a direct, proximate and legal cause of the negligence of the Defendants, Ben T. Currin has incurred damages which include, but are not limited to, the following:

A. Personal injuries to Plaintiff Ben T. Currin, to include, but not limited to, right orbital floor fracture, double vision, TMJ, and tinnitus.

B. Past and future medical expenses

C. Pain and suffering, past and future;

COMPLAINT
Currin v. Deery, Case No. 4AN-18-11077 CI
Page 2 of 3

USAA Confidential

0901119ca2f6b9d4

D. Loss of enjoyment of life, past and future;

E. Any and all damages allowed under A.S. 09.17.010; and

F. Such other and further damages as may be proved at trial.

**WHEREFORE**, Plaintiff prays for judgment in his favor and against the Defendants in an amount to be proved at trial, in excess of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS, plus prejudgment interest, costs, attorney fees, and such other and further relief as the court may deem just and equitable.

DATED at Fairbanks, Alaska, this _6_ day of December, 2018.

HOPPNER LAW OFFICE
Attorney for Plaintiffs

Theodore D. Hoppner  Jeff BARBER
ABA No. 9306017  ABA 0111095

COMPLAINT
Currin v. Deery, Case No. 4AN-18-11677CI
Page 3 of 3

0901119ca2f6b9d4

USAA Confidential